**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**                                                                   **2:06CR22**

**TESHARA LEANN SYKES**

      **Defendant.**

**REPORT AND RECOMMENDATION**
**CONCERNING GUILTY PLEA**

      Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered guilty pleas to conspiracy to produce and transfer false identification documents without permission and two counts of actual production of transfer of false identification documents without permission, in violation of 18 U.S.C. §§ 1028(a)(1) and (2); 1028 (b)(1)(A)(ii); 1028 (c)(3)(A); and 1028(f).

      Defendant was represented by retained counsel, Christopher I. Jacobs, Esquire.  On April 14, 2006, defendant appeared before the Court for the purpose of entering her guilty pleas.  She was appropriate in appearance, responsive, and competently prepared for the hearing.

      Defendant answered all questions put to her in clear and concise language.  On those occasions when she had a question, defendant consulted with counsel and then promptly answered.  Defendant was courteous and appropriate in her behavior at all times and clearly understood the seriousness of her position.  At the close of the proceeding, defendant was continued on bond, subject to the same conditions of release as originally imposed.

Defendant is twenty-one years of age, has a high school education and some college, and speaks English as her native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair her judgment. She was cooperative throughout the proceeding.

Defendant entered the guilty pleas voluntarily and without the benefit of a plea agreement.  The Court is completely satisfied, based upon defendant's responses, that she fully appreciates her position. Furthermore, she acknowledged that the statement of facts prepared in anticipation of her pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offenses.  Therefore, the Court recommends that the guilty pleas be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

                                                            **/s/**
                                        **James E. Bradberry**
                                        **United States Magistrate Judge**

**Norfolk, Virginia**

   **April 14**       , 2006

<u>Clerk's Mailing Certificate</u>

A copy of the foregoing Report was mailed this date to each of the following:

    Christopher I. Jacobs, Esquire
    Zoby & Broccoletti, P.C.
    6663 Stoney Point South
    Norfolk, VA  23502


    Michael C. Moore, Esquire
    Assistant United States Attorney
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, VA 23510


                                            Elizabeth H. Paret, Clerk


                                            By _____
                                                         Deputy Clerk

                                            _____, 2006